People v Dumas (2024 NY Slip Op 02619)

People v Dumas

2024 NY Slip Op 02619

Decided on May 10, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

157 KA 21-00537

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
LISA DUMAS, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.
JOHN J. FLYNN, DISTRICT ATTORNEY, BUFFALO (PAUL J. WILLIAMS, III, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (Susan M. Eagan, J.), rendered March 17, 2021. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment revoking a term of probation imposed after her plea of guilty of attempted robbery in the third degree (Penal Law §§ 110.00, 160.05). County Court sentenced defendant to an indeterminate term of imprisonment that is concurrent to a longer sentence imposed on defendant for an unrelated conviction. Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid, as the People concede, and therefore does not preclude our review of her challenge to the severity of the sentence (see People v Littles, 221 AD3d 1592, 1592 [4th Dept 2023], lv denied 40 NY3d 1093 [2024]; People v Albanese, 218 AD3d 1366, 1366-1367 [4th Dept 2023], lv denied 40 NY3d 995 [2023]), we conclude that the sentence is not unduly harsh or severe.
Entered: May 10, 2024
Ann Dillon Flynn
Clerk of the Court